PRESTON, *Adm'r*, *v.* THE TRAVELLERS' INS. CO.

A motion for a rehearing of a question of law, after decision, is not seasonably made when there has been a trial of the facts since the decision.

MOTION for a rehearing.

*Hobbs*, for the defendants.

*Copeland*, for the plaintiff.

DOE, C. J.   The defendants' objections are, in effect, a motion for a rehearing of the first question decided in this case at the March term, 1877 (58 N. H. 76).   As there has been a jury trial of the case since that time, the motion is not seasonably made.

*Bell* v. *Lamprey*, 58 N. H. 124; *Ashuelot R. R.* v. *Elliot*, 58 N. H. 451, 452.

*Objections overruled.*

CLARK, J.; did not sit: the others concurred.